UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH FUND; TRUSTEES OF THE CONNECTICUT LABORERS' PENSION FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' TRAINING TRUST FUND; TRUSTEES OF THE CONNECTICUT LABORERS' LEGAL SERVICES FUND; TRUSTEES OF THE CONNECTICUT LABORERS' ANNUITY FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND AND CONNECTICUT LABORERS' DISTRICT COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>JJG CONTRACTING, INC.<br><br>Defendants. | CIVIL ACTION NO.:<br><br>DECEMBER 1, 2016 |

## COMPLAINT
## (FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; AND TO COLLECT CONTRIBUTIONS DUE TO PLAINTIFF FUNDS)

**PARTIES**

1. Plaintiffs Trustees of the Connecticut Laborers' Health Fund, Pension Fund, Legal Services Fund, Annuity Fund, New England Laborers Training Trust Fund, New England Laborers' Labor-Management Trust Fund, and the New England Laborers' Health and Safety Fund (hereinafter "Funds") are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37)

of the Employee Retirement Income Security Act of 1974, (hereinafter referred to as "ERISA," 29 U.S.C. Sections 1002(3) and (37)). The Funds are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between the Connecticut Laborers District Council (hereinafter referred to as "the Union") and Defendant JJG Contracting, Inc. (hereinafter "JJG Contracting"). The Funds are administered at 435 Captain Thomas Boulevard, West Haven, Connecticut 06516.

2. Connecticut Laborers' District Council (hereinafter "Union") is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5) with a regular place of business at 475 Ledyard Street, Hartford, CT 06114.

3. JJG Contracting is a corporation registered in the state of Connecticut with a business address of 14 Iffland Pond Road, Litchfield, CT 06759. JJG Contracting transacted business in the State of Connecticut as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(1), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(1), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).


ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

**JURISDICTION**

4. This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a). This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry affecting commerce, and an action to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement.

**Count I: Delinquent Contributions under ERISA**

5. Plaintiffs hereby incorporate by reference Paragraphs 1-4 of the Complaint as fully set forth herein in Count I.

6. On or around March 18, 2003, JJG Contracting became signatory to a Collective Bargaining Agreement with the Union that established the terms and conditions of employment for laborers employed by JJG Contracting.

7. Pursuant to the Collective Bargaining Agreement, JJG Contracting is required to pay to the Funds certain sums of money for each hour worked by employees of JJG Contracting covered by the Collective Bargaining Agreement.

8. JJG Contracting employed certain employees covered under the Collective Bargaining Agreement throughout the relevant period of January 2011 through the present.



ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

9. An audit of JJG Contracting's payroll records for the time period of January 2011 through December 2013 disclosed an amount due to the Funds of ***$25,377.91***.

10. On or about January 22, 2015, JJG Contracting entered into a settlement agreement to repay the amount due to the Funds. The terms of the settlement agreement required the Company to pay off the balance owed to the Funds for this time period over the course of an eighteen month payment plan with required monthly payments of ***$1,547.60***. The settlement agreement further required JJG Contracting to file remittance reports and make contributions on a timely basis in accordance with their Collective Bargaining Agreement during the period of repayment of the debt.

11. JJG Contracting defaulted on the terms of the settlement agreement by both failing to make all of the required payments on the eighteen month payment plan and failing to make contributions on a timely basis during the period of repayment of the debt.

12. At the time of the default, JJG Contracting had only made fourteen of the required eighteen payment plan payments, leaving a balance due and owing to the Funds (hereinafter "payment plan period") in the amount of ***$6,190.34.***

13. In addition to the amounts owed during the "payment plan period" JJG Contracting owes contributions in the amount of ***$5,480.80*** for June through August 2016 contributions based on remittance reports submitted by JJG Contracting.



**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

14. JJG Contracting also owes wages on behalf of employees who performed work in August 2015, October through December 2015, March and April 2016 in the amount of ***$17,423.22*** based on paystubs submitted to the Funds by employees Jerry Fantauzzi, Rui DaSilva and Edward Lach.

15. JJG Contracting cumulatively owes the amount of ***$29,094.36*** for the balance of contributions under the "payment plan period," contributions for June through August 2016 and wages for Jerry Fantauzzi, Rui DaSilva and Edward Lach.

16. In addition, to the extent JJG Contracting continues to utilize collective bargaining unit employees, Defendant JJG Contracting's delinquencies to all Funds will continue to accumulate during the pendency of this lawsuit. Pursuant to the terms of the Collective Bargaining Agreement, Defendant JJG Contracting is obligated to pay such contributions owed to the Funds. The amounts owed by JJG Contracting to the Funds may therefore increase by the time judgment enters.

17. Pursuant to 29 U.S.C. 1132(g)(2), Defendant JJG Contracting is liable to the Plaintiffs for the unpaid contributions and an amount equal to the greater of (a) double interest on the unpaid contributions, or (b) interest plus liquidated damages provided for under the Trust Agreements, auditor fees, attorney fees, and court costs.

WHEREFORE, Plaintiff Funds pray:

A. That JJG Contracting be ordered to pay all unpaid fringe benefit contributions to the Funds and wages in the total amount of ***$29,094.36.***



**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

B. That JJG Contracting be ordered to submit monthly reports for any unpaid contributions that become due during the pendency of the Complaint until the issuance of a judgment.

C. That JJG Contracting be ordered to submit payments for contributions discovered as due, through their monthly reporting or otherwise, during the pendency of the Complaint until the issuance of a Judgment.

D. That JJG Contracting be ordered to pay the reasonable attorney and auditor fees and costs incurred by the Plaintiffs.

E. That Plaintiffs have such other and further relief as the Court may deem just and equitable, all at the cost of JJG Contracting.

**DATED** at East Hartford, Connecticut, this 1st day of December 2016.

FOR THE PLAINTIFFS,

/s/ Brendan L. Hughes
Brendan L. Hughes Esq. (ct29675)
ROBERT M. CHEVERIE
& ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele.: (860) 290-9610
Fax: (860) 290-9611
E-mail: bhughes@cheverielaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 1st day of December 2016, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD 21201
**Attn: Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210
**Attn: Assistant Solicitor for Plan Benefits Security**

By:/s/ Brendan L. Hughes

Brendan L. Hughes Esq. (ct29675)
ROBERT M. CHEVERIE & ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele.: (860) 290-9610
Fax: (860) 290-9611
E-mail: bhughes@cheverielaw.com